**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

MICHAEL A. DE GRAFFENRIED                                                                          PLAINTIFF

V.                                                                           CIVIL ACTION NO. 3:14-CV-00009-SA-SAA

SMITHWAY MOTOR XPRESS, INC.                                                                  DEFENDANT

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Pursuant to a Memorandum Opinion issued this day, the Court finds that it lacks subject matter jurisdiction over this matter, and this action is therefore dismissed without prejudice. This case is closed.

SO ORDERED on this, the 12th day of June, 2014.

                                                                             /s/ Sharion Aycock
                                                                             **UNITED STATES DISTRICT JUDGE**