IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL A. de GRAFFENRIED                                                    PLAINTIFF

V.                                                CIVIL ACTION NO. 3:14-CV-9-SA-SAA

SMITHWAY MOTOR XPRESS, INC.                                             DEFENDANT

ORDER

Pursuant to a memorandum opinion issued this day, the Court finds as follows.

Plaintiff's Motion for Summary Judgment [70] is DENIED.

Defendant's Motion for Summary Judgment [74] is GRANTED.

Defendant's Motion for Partial Summary Judgment [72] is DENIED as moot.

This case is CLOSED.

**SO ORDERED on this the 4th day of January 2016.**

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**